IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00329-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) vs. ) ) 357 ASSORTED MONEY ORDERS, ) et al., ) ) Defendants. ) _____ ) | O R D E R |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 13].

For the reasons stated in the Government's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 13] is **GRANTED**, and this action is hereby **DISMISSED**.

**IT IS SO ORDERED**.

Signed: October 3, 2014

Martin Reidinger
United States District Judge